UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:20-CR-63 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| SANDRA JEAN WEAVER ) | |
| ) | Magistrate Judge Susan K. Lee |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending: (1) the Court accept Defendant's plea of guilty to Count One of the one-count Bill of Information; (2) the Court adjudicate the Defendant guilty of the charges set forth in Count One of the one-count Bill of Information; (3) the Court defer a decision on whether to accept the amended plea agreement until sentencing; and (4) Defendant remain on bond under appropriate conditions of release pending sentencing in this matter. (Doc. 15.)

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 15) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Count One of the one-count Bill of Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the one-count Bill of Information;

3. A decision on whether to accept the amended plea agreement is **DEFERRED** until sentencing; and

4. Defendant **SHALL REMAIN** on bond pending sentencing in this matter, which is scheduled to take place on **April 21, 2021, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

**/s/**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**